No. 13–7001/AR. U.S. v. Hasan K. Akbar. CCA 20050514. On consideration of Appellant's motion to file a brief in excess of fifty pages, Appellant's motion to attach defense appellate exhibits PPP–AAAA, the motion of the National Association of Criminal Defense Lawyers (NADCL) for leave to file an amicus curiae brief in support of Appellant, Appellant's motion to substitute a corrected Appendix B, the motion of Andrea D. Lyon, Esq., to appear pro hac vice and to participate in oral argument, Appellant's motion to consider *Grostefon* matters out of time, and Appellant's motion to attach supplemental exhibits in support of his supplement to file a brief in excess of fifty pages, the said motions to file an amicus curiae brief in support of Appellant, to substitute a corrected Appendix B, that part of Ms. Lyon's motion to appear pro hac vice, and to attach supplemental exhibits in support of the request to file a brief in excess of fifty pages are granted; the part of Ms. Lyon's motion to participate in oral argument and Appellant's motion to consider *Grostefon* matters out of time are denied; the motion to attach defense appellate exhibits PPP–AAAA is granted as to exhibits SSS, TTT, UUU, VVV, WWW, XXX, and ZZZ, and is denied as to PPP, YYY, and AAAA. As for exhibits QQQ and RRR, the motion is granted, but only for the purpose of evaluating Assignment of Error B.II. Exhibits QQQ and RRR will not be considered for the purpose of providing substantive evidence of Appellant's claim of ineffective assistance of counsel; and the motion to file a brief in excess of fifty pages is granted, but only up to 250 pages.

Appellant will resubmit his brief in compliance with this Order within 30 days. Appellee will submit its brief, also not to exceed 250 pages, within 60 days of the filing of Appellant's brief. Appellant may file a reply brief, not to exceed 50 pages, within 30 days of the filing of Appellee's brief. A new Joint Appendix will not be filed. The Court will use the Joint Appendix previously filed. Requests for further extensions of time or expansion of page limits will not be granted.

After all pleadings have been submitted, Appellant and Appellee are directed to seek agreement on the issues to be heard at oral argument, and to inform the Court of those issues. If no agreement can be reached, the parties will so advise the Court within 10 days of the date of the filing of the last pleading, and the Court will resolve any differences. Oral argument will be scheduled at the outset of the September 2014 Term of Court. Each side will be allotted one hour for oral argument.

No. 14–0114/NA. U.S. v. Justin H. McMurrin. CCA 200900475. Appellee's motion for leave to file a ten-day letter out of time is denied.

No. 14–0323/AR. U.S. v. Carlos S. Caicedo. CCA 20110833. Appellant's second motion to extend time to file the supplement granted, ***up to and including February 18, 2014,*** and ***absent extraordinary circumstances, no further extension of time will be granted in this case.***